UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINJUN LIANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BITLEAGUE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02417-MMC   (SK)<br><br>**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE**<br><br>Regarding Docket No. 97 |

On October 10, 2024, this case was referred to the undersigned for discovery. (Dkt. No. 84.) The undersigned issued a notice advising the parties that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. (Dkt. No. 86.) The Court's Standing Order requires "lead trial counsel for all parties shall meet and confer in person, or telephonically if an in-person conference is not feasible, regarding the discovery dispute(s) in an effort to resolve these matter(s)."

The Court HEREBY DENIES the motion to compel for failure to comply with the Court's Standing Order. This Order is without prejudice to Plaintiff addressing this discovery dispute through a joint letter after meeting and conferring in accordance with the Court's Standing Order.

**IT IS SO ORDERED**.

Dated: January 5, 2026

_____
SALLIE KIM
United States Magistrate Judge